384 A.2d 987

Commonwealth v. Kiser, Appellant.

Argued November 18, 1977.  Robert G. Kochems, Assistant Public Defender, with him Nicholas S. Kladitis, Public Defender, for appellant;  C. Hersh, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.